```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:25-mj-3407-UA-1
     -against-                      :   ORDER
                                    :
Victor Smajlaj                      :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Henry J. Ricardo, United States Magistrate Judge:

It is hereby ORDERED, on consent, that the defendant's bail be modified to include the following condition: Drug testing and treatment as directed by Pretrial Services.

Dated: November 6, 2025
New York, New York

SO ORDERED:

_____
Henry J. Ricardo
United States Magistrate Judge