**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 7, 2025

**BY EMAIL & ECF**

Hon. Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2025

Re:   **United States v. Victor Smajlaj**
      **25 Mag. 3407 (UA)**

Dear Judge Ricardo:

    I write, with the consent of the government, to respectfully request that the Court extend the deadline for securing two cosigners to Mr. Smajlaj's bond until Monday, November 17, 2025.

    On October 25, 2025, Magistrate Judge Stewart D. Aaron released Victor Smajlaj on his own signature and imposed bail conditions, including: a $50,000 personal recognizance bond, cosigned by two financially responsible persons; travel restricted to SDNY/EDNY; surrender of all travel documents and no new applications; and pretrial supervision as directed by Pretrial Services. On November 6, Your Honor signed a consent order modifying the conditions of release to include drug testing and treatment as directed by Pretrial Services. Mr. Smajlaj's bail conditions were to be met by Monday, November 10, 2025.

    Since his release, Mr. Smajlaj has been compliant with his bail conditions and has reported to Pretrial as directed. We respectfully request one additional week to schedule cosigner interviews with the government and secure two cosigners to the bond. The government consents to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Victor Smajlaj*

cc:   Counsel of record

## MEMO ENDORSEMENT

Application GRANTED.

SO ORDERED.

Dated:  November 7, 2025
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge