| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| *Tamara Giwa*<br>Executive Director | *Jennifer L. Brown*<br>Attorney-in-Charge |

November 17, 2025

**BY EMAIL & ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
11/18/2025

Re:   **United States v. Victor Smajlaj**
      **25 Mag. 3407 (UA)**

Dear Judge Parker:

I write, with the government's consent, to respectfully request that the Court extend the deadline for securing two cosigners to Victor Smajlaj's bond until Monday, November 24, 2025.

On October 25, 2025, Magistrate Judge Stewart D. Aaron released Victor Smajlaj on his own signature and imposed bail conditions, including: a $50,000 personal recognizance bond, cosigned by two financially responsible persons; travel restricted to SDNY/EDNY; surrender of all travel documents and no new applications; and pretrial supervision as directed by Pretrial Services. On November 6, Judge Ricardo signed a consent order modifying the conditions of release to include drug testing and treatment as directed by Pretrial Services. The following day, Judge Ricardo granted Mr. Smajlaj's request to extend the deadline to secure two consigners to his bond until Monday, November 17, 2025.

To date, we have been unable to complete the cosigner interviews. Accordingly, we respectfully request one additional week to schedule cosigner interviews with the government and secure two cosigners to the bond. The government consents to this request.

Thank you for your consideration of this request.

                                            Respectfully submitted,

                                            /s/

                                            Marne L. Lenox, Esq.

                                            *Counsel for Victor Smajlaj*

cc:      Counsel of record

                        SO ORDERED:

                        _____

                        **THE HONORABLE KATHARINE H. PARKER**
                        United States Magistrate Judge