# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **25 Mag. 3407**

USAO No. **2025R00865**

Date **November 21, 2025**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint    ☐ Removal Proceedings in

United States v. **Victor Smajlaj**

The Complaint/Rule 40 Affidavit was filed on **October 25, 2025**

*U.S. Marshals please withdraw warrant*

**THOMAS WRIGHT**
Digitally signed by THOMAS WRIGHT
Date: 2025.11.21 14:24:44 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Thomas John Wright**
(print name if signature handwritten)

**SO ORDERED:**

DATE:

UNITED STATES MAGISTRATE JUDGE